UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FRANK STOKES,

    Petitioner,

v.

SARA M. REVELL,

    Respondent.

Case No. 04-cv-850-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Frank Stokes's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is denied, and that this case is dismissed with prejudice.

**DATED:** August 16, 2006

**NORBERT JAWORSKI**

s/Vicki Lynn McGuire
**Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**